UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Raheem-Malik Lewis**　　　　　　　　　　**Docket No. 5:21-CR-239-1M**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Raheem-Malik Lewis, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 5, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Raheem-Malik Lewis was released from custody on March 11, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 20, 2024, the defendant submitted a drug screen that returned positive for marijuana. He admitted to the use and lab confirmation was received on June 28, 2024. The defendant was admonished for this lapse in judgement. To aid in his decision-making process, the probation office requests the conditions of supervision be modified to include cognitive behavioral therapy. The defendant will also be referred back to substance abuse treatment and he will be required to comply with the terms of the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: June 28, 2024 |

Christopher Raheem-Malik Lewis
Docket No. 5:21-CR-239-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2d__ day of __July__, 2024, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge