UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Raheem-Malik Lewis**                              **Docket No. 5:21-CR-239-1M**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Raheem-Malik Lewis, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 5, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Raheem-Malik Lewis was released from custody on March 11, 2024, at which time the term of supervised release commenced.

On June 28, 2024, a Petition for Action on Supervised Release was submitted to the court regarding the defendant's use of marijuana. On July 2, 2024, the court agreed to modify the conditions of supervision to include the defendant's participation in a cognitive behavioral program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 17, 2024, the defendant submitted a drug screen that returned positive for marijuana. He was confronted about his continued use, he admitted, and lab confirmation was received on July 25, 2024. As a sanction for his continued substance use, the probation office respectfully recommends that the conditions of supervised release be modified to include 10 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Melissa K. Lunsmann                         /s/ Arthur B. Campbell
Melissa K. Lunsmann                             Arthur B. Campbell
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8677
                                                Executed On: July 31, 2024

Christopher Raheem-Malik Lewis
Docket No. 5:21-CR-239-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31st__ day of __July__, 2024, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge