UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Raheem-Malik Lewis**               **Docket No. 5:21-CR-239-1M**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Raheem-Malik Lewis, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 5, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Raheem-Malik Lewis was released from custody on March 11, 2024, at which time the term of supervised release commenced.

On June 28, 2024, a Petition for Action on Supervised Release was submitted to the court regarding the defendant's use of marijuana. On July 2, 2024, the court agreed to modify the conditions of supervision to include the defendant's participation in a cognitive behavioral program.

On July 31, 2024, a Petition for Action on Supervised Release was submitted to the court regarding the defendant's continued use of marijuana. On July 31, 2024, the court agreed to modify the conditions of supervision to include completion of 10 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 18, 2024, the defendant submitted a drug screen that returned positive for marijuana. He was confronted and denied using marijuana. Lab confirmation was received on August 21, 2024, and an Alere Toxicology Interpretation report was received on August 22, 2024, opining that the defendant continued using marijuana. As a sanction for his continued substance use, the probation office respectfully recommends that the conditions of supervision be modified to include curfew with electronic monitoring not to exceed 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Christopher Raheem-Malik Lewis
Docket No. 5:21-CR-239-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: August 30, 2024 |

### ORDER OF THE COURT

Considered and ordered this **3d** day of **September**, 2024, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge